### 55885. BANK OF EARLY v. BROUN et al.

SHULMAN, Judge.

In light of the Supreme Court's reversal of Division 1 of this court's decision in *Bank of Early v. Broun,* 147 Ga. App. 271 (248 SE2d 512) (see *Broun v. Bank of Early,* 243 Ga. 319), it is necessary to reconsider this case.

1. The judgment of the Supreme Court affirming the trial court is made the order of this court.

2. Division 2 of the prior opinion has been rendered moot and must be vacated.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

DECIDED MAY 3, 1979.

*Stone & Stone, Lowrey S. Stone, William S. Stone,* for appellant.

*Thomas H. Baxley, Myers, Parks & Fennessy, Michael A. Fennessy,* for appellees.